UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANGELA R. MCGREW                                                    PLAINTIFF

v.                                    No. 2:19-CV-02051

ANDREW M. SAUL, Commissioner,
Social Security Administration                                     DEFENDANT

## **JUDGMENT**

Pursuant to the opinion and order entered in this case on this date, this matter is

DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 21st day of April, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE